AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

|  Northern | **District of** | California |
|---|---|---|

RECEIVE

2012 JUL 16 P 2

RICHARD W. WIEKIN
CLERK U.S. DISTRICT CO
NORTHERN DIST. OF CALIF

Jan Samzelius

Plaintiff (s).

V.

Bank of America, National Association, et al

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** CV12-3295-EDL

Notice is hereby given that, subject to approval by the court, __JAN SAMZELIUS__ substitutes
(Party (s) Name)

__JOSEPH LA COSTA__ , State Bar No. __108443__ as counsel of record in
(Name of New Attorney)

place of __Jan Samzelius, plaintiff in pro se__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

|  |  |
|---|---|
| Firm Name: | Joseph La Costa |
| Address: | 7840 Mission Center Court, Suite #104, San Diego, CA 92108 |
| Telephone: | (619) 922-5287        Facsimile  (619) 599-1020 |
| E-Mail (Optional): | joelacostaesq@gmail.com |

I consent to the above substitution.

Date:            7/13/2012

(Signature of Party (s))

I consent to being substituted.

Date:            7/13/2012

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:            7/13/2012

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    July 17, 2012

_Elijah D. Laporte_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]