AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

RECEIVED 2012 JUL 16 P 2
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

Jan Samzelius
    Plaintiff(s),
V.
Bank of America, National Association, et al
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV12-3295-EDL

Notice is hereby given that, subject to approval by the court, __JAN SAMZELIUS__ (Party(s) Name) substitutes __JOSEPH LA COSTA__ (Name of New Attorney), State Bar No. __108443__ as counsel of record in place of __Jan Samzelius, plaintiff in pro se__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Joseph La Costa |
| Address: | 7840 Mission Center Court, Suite #104, San Diego, CA 92108 |
| Telephone: | (619) 922-5287     Facsimile (619) 599-1020 |
| E-Mail (Optional): | joelacostaesq@gmail.com |

I consent to the above substitution.
Date: 7/13/2012
(Signature of Party(s))

I consent to being substituted.
Date: 7/13/2012
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 7/13/2012
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 17, 2012

*Elijah D. Laporte*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]